> Charles M. Hough,
> Martin T. Manton,
> Julius M. Mayer,
> U. S. Circuit Judges.

---

THUNDER BAY LIMESTONE COMPANY v. DETROIT & MACKINAC RAILWAY COMPANY. (Circuit Court of Appeals, Sixth Circuit. December 4, 1923.) No. 4027. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. For opinion below, see 294 Fed. 958. Campbell, Bulkley & Ledyard, of Detroit, Mich., for appellant. Henry & Henry, of Alpena, Mich., and Victor D. Sprague, of Cheboygan, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

UNITED STATES ex rel. Joseph Ball, Relator-Appellant, v. William C. HECHT, as United States Marshal for the Southern District of New York, Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. January 21, 1924.) No. 184. Appeal from the District Court of the United States for the Southern District of New York. Knox & Dooling, of New York City (John T. Dooling, of New York City, of counsel), for appellant. Joseph Gazzam, of New York City, for relator-appellant. William Hayward, U. S. Atty., of New York City, and John M. Blake, Asst. U. S. Atty., of counsel, for respondent-appellee. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.